```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    NOV 0 7 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Craig Jacob Rosenstein, Esq. (024766)
**ROSENSTEIN LAW GROUP, PLLC**
8010 E. McDowell Road, Suite 111
Scottsdale, Arizona 85257
Telephone:  (480) 248-7666
Facsimile:   (480) 946-0681
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

DANIEL R. LUNGHAMER,

    Defendant.

18-04381PO-001-PCT-FLG

No. 7474515-516/A106

**MOTION TO APPEAR BY VIDEO TELECONFERENCE**

    Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant requests permission to appear at his Initial Appearance on 11/14/18 by video teleconference. (The defendant's written consent is attached hereto as Exhibit A.) Rule 43(b)(2) states that, upon written consent by the defendant, a defendant may be present by video teleconference at a misdemeanor plea hearing.  Mr. Lunghamer lives in Colorado City, Colorado.  The parties have reached a plea agreement and Mr. Lunghamer would like to enter the plea via video teleconference.  Undersigned counsel is in the process of making the necessary technical arrangements for the video teleconference to occur.

    AUSA Patrick J. Schneider does not object to this request.

    A proposed Order is submitted herewith.

**RESPECTFULLY SUBMITTED** this 24th day of October, 2018.

**RESPECTFULLY SUBMITTED**

ROSENSTEIN LAW GROUP, P.L.L.C.

By: Craig J. Rosenstein, Esq.
Attorney for Defendant

Copy of the foregoing was filed and served on October 24, 2018, to:

Honorable Michelle H. Burns
United States Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001

Assistant United States Attorney Assigned
123 N. San Francisco Street, Suite 410
Flagstaff, AZ 86001

Copy mailed to:
Daniel Lunghamer, Defendant

JONATHAN GOEBEL

United States v. Daniel R. Lunghamer
Case No. 7474515-516/A106

I understand that I have the right to be personally present in court for my INITIAL APPEARANCE scheduled for 11/14/18 at 1:30 p.m. before Honorable Michelle H. Burns. I hereby consent to appear at these hearings by video teleconference.

*Daniel Lunghamer*
DANIEL R. LUNGHAMER

*Jonathan Goebel*
Jonathan Goebel for Craig J. Rosenstein, Rosenstein Law Group
Attorneys for Defendant