FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# WRITTEN RECORD OF PLEA AGREEMENT
## UNITED STATES MAGISTRATE JUDGE
## FLAGSTAFF, ARIZONA

**UNITED STATES OF AMERICA v. DANIEL ROBERT LUNGHAMER**

**CASE NO.:** 18-04381PO-001-PCT-FLG

**CITATION(S):** A106/7474515, 7474516

**VIOLATION PLEADING GUILTY TO:**
**Citation 7474515:** Boating Under the Influence of Alcohol, in violation of 36 C.F.R. § 3.10(a)(1), a Class B misdemeanor.
**Citation 7474516:** Boating Under the Influence with Alcohol Concentration >0.08, in violation of 36 C.F.R. § 3.10(a)(2), a Class B Misdemeanor.

**MAXIMUM FINE** (36 C.F.R. § 1.3(a)): $5,000.00 per citation
**MAXIMUM IMPRISONMENT** (36 C.F.R. § 1.3(a)): Six (6) Months per citation
**MAXIMUM PROBATION** (18 U.S.C. § 3561): Five (5) Years
**MANDATORY SPECIAL ASSESSMENT** (18 U.S.C. § 3013): $10.00 per citation

**RULE 11 (c)(1)(C), F.R. Crim. P., STIPULATED SENTENCE:**
**Citation 7474515:** The defendant shall be sentenced to time served. Fine, in addition to the mandatory special assessment of $10.00, is in the discretion of the Court but the parties stipulate and agree that the fine is capped at $500.00. The government recommends a fine of $500.00. The defendant understands and agrees that the Court is not bound by the government's recommendation.
**Citation 6406460:** The defendant shall be placed on one (1) year of unsupervised probation. In addition to any terms of probation that the Court deems appropriate: (1) you shall participate as instructed by the probation office in a program of substance abuse treatment which may include testing for substance abuse. You shall pay for the cost of treatment. You shall provide written verification of completion signed by the director or supervisor as directed by the probation office; (2) you shall complete a Boaters Safety Course and provide written verification of completion to the United States Probation Office in Flagstaff, Arizona within 180 days of sentencing; (3) you shall not consume or possess any alcohol or alcoholic beverages; (4) you shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substance Act (21 U.S.C. 801) or any paraphernalia related to such substances, without prescription by a licensed medical practitioner; (5) you shall be banned from Glen Canyon National Recreation Area except for the travel through said area on federal, state or local highways; and (6) you shall comply with any driving license suspension or restriction ordered by the Department of Motor Vehicles in the state in which you are licensed. Fine, in addition to the mandatory special assessment of $10.00, is in the Court's discretion.

**DISPOSITION OF ADDITIONAL CHARGES:** If the plea and sentence are accepted by the Court, the United States agrees that it will: (1) not file any additional charges pertaining to the above-referenced citation(s); and (2) not refer the investigation concerning the above-referenced citation(s) to the state or local authorities.

## FACTUAL BASIS

I, **Daniel Robert Lunghamer**, admit the following facts are true and correct to the best of my knowledge and belief for an incident I was involved in at approximately 12:30 p.m. on September 20, 2018, within the District of Arizona- Glen Canyon National Recreation Area.

### Elements of Operating a Vessel Under the Influence of Alcohol:

Operating or being in actual physical control of a vessel is prohibited while: Under the influence of alcohol to a degree which renders the operator incapable of safe operation.

### Facts:

I operated a houseboat from Antelope Point Marina to the public launch ramp at Antelope Point. At the time, I was the sole operator of the houseboat. I drove the houseboat to the public launch ramp to pick up approximately 50 of the 108 individuals associated with his group from Colorado College. I drank alcoholic beverages and I performed poorly on field sobriety tests.

### Elements of Operating a Vessel Under the Influence of Alcohol with Alcohol Concentration greater than 0.08:

Operating or being in actual physical control of a vessel is prohibited while: the alcohol concentration in the operator's breath is 0.08 grams or more of alcohol per 210 liters of breath.

### Facts:

I consented to an evidentiary breath test- Intoxilyzer 8000- which indicated a BrAC of 0.142 and 0.143. My BrAC was above the legal limit of 0.08.

The defendant shall swear under oath to the accuracy of this statement and, if the defendant should be called upon to testify about this matter in the future, any intentional material inconsistencies in the defendant's testimony may subject the defendant to additional penalties for perjury or false swearing, which may be enforced by the United States under this agreement.

If the defendant's guilty plea or plea agreement is rejected, withdrawn, vacated, or reversed at any time, this agreement shall be null and void, the United States shall be free to prosecute the defendant for all crimes of which it then has knowledge and any charges that have been dismissed because of this plea agreement shall automatically be reinstated. In such event, the defendant waives any and all objections, motions, and defenses based upon the Statute of Limitations, the Speedy Trial Act, or constitutional restrictions in bringing later charges or proceedings. The defendant understands that any statements made at the time of the defendant's change of plea or sentencing may be used against the defendant in any subsequent hearing, trial, or proceeding subject to the limitations of Fed. R. Evid. 410.

I, **Daniel Robert Lunghamer**, understand that the above sentencing provision is binding upon the Court if the Court accepts my guilty plea under this plea agreement.

By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – and to be presumed innocent until proven guilty beyond a reasonable doubt.

I waive my right to trial, agree to enter my plea before and to be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction. In particular, the defendant waives (1) any and all motions, defenses, probable cause determinations, and

2

objections that the defendant could assert to the indictment, the complaint, the information, or the citation; and (2) any right to file an appeal, any collateral attack, and any other writ or motion that challenges the conviction, an order of restitution or forfeiture, the entry of judgment against the defendant, or any aspect of the defendant's sentence, including the manner in which the sentence is determined, including (but not limited to) any appeals under 18 U.S.C. § 3742 (sentencing appeals) and motions under 28 U.S.C. §§ 2241 and 2255 (habeas petitions), and any right to file a motion for modification of sentence, including under Title 18, U.S.C., § 3582(c). This waiver shall result in the dismissal of any appeal, collateral attack, or other motion the defendant might file challenging the conviction, order of restitution or forfeiture, or sentence in this case. This waiver shall not be construed to bar an otherwise-preserved claim of ineffective assistance of counsel or of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of any probation or supervised release ordered as part of my sentence.

My guilty plea is not the result of force, threats, or promises other than any promises contained in this written agreement.

**I am not currently under the influence of alcohol or any other intoxicants, and I am fully capable of understanding this agreement and enter it voluntarily.**

_____    10/25/18
Daniel Robert Lunghamer               Date
Defendant

_____    10/29/18
Jonathan Goebel                       Date
Attorney for Defendant

_____    11/4/18
Patrick J. Schneider                  Date
Assistant U.S. Attorney

_____    November 14, 2018
Michelle H. Burns                     Date
U.S. Magistrate Judge

√ ACCEPTED        _____ REJECTED

3